**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CHAPTER 11 |
| ANTONIO M. CRUz | CASE NO. 16-25467-AJC |
| and | |
| HADA D. CRUZ | |
| _____Debtors_____/ | |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

Nancy J. Gargula, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b), respectfully moves this Court to enter an order dismissing this post-confirmation case, and in support states as follows:

1. Antonio M. Cruz and Hada D. Cruz (the "Debtors") filed a voluntary petition under chapter 11 of the U.S. Bankruptcy Code on November 18, 2016.

2. This Court confirmed the Debtors' Plan of Reorganization on February 25, 2019 [ECF 592].

3. Upon information and belief, the Debtors have not completed all payments under the plan therefore, pursuant to 11 U.S.C. § 1141(d)(5), are not yet entitled to a discharge. The case has not been administratively closed pending discharge and remains open.

4. The Debtors have not filed financial reports as required by Local Bankruptcy Rule 2015-1, *See,* 11 U.S.C. §§ 704(a)(8), 1106(a)(1), 1107(a), and Federal Rule of Bankruptcy Procedure 2015(a)(2) and (3). The Debtors have not filed pre-confirmation Monthly Operating Reports ("MORs") for the months of November and December 2018, and for January and February 2019. In addition, the Debtors have not filed post-confirmation Quarterly Operating Reports ("QORs") for quarters 1st, 2nd and 3rd of 2019. Without the QORs, the United States Trustee cannot determine if the Debtors are financially viable and cannot determine if the Debtors continue

making plan payments, which is grounds for dismissal pursuant to 11 U.S.C. §§ 1112(b)(4)(N). Pursuant to 11 U.S.C. § 1112(b)(4)(F), the unexcused failure to timely file post-confirmation quarterly reports is cause to dismiss the case.

5. Pursuant to 28 U.S.C. § 1930(a)(6), the Debtors are obligated to pay to the United States Trustee a quarterly fee based upon the Debtors' disbursements made during each calendar quarter. Since the Debtors are not up to date with their pre and post-confirmation reports, the United States Trustee cannot determine with certainty how much fees are due. Pursuant to 11 U.S.C. § 1112(b)(4)(K), the non-payment of any fees or charges required under 28 U.S.C. § 1930(a)(6) is cause to dismiss the case.

6. The foregoing factors are indicative of the Debtors' inability to manage their affairs and effectively maneuver through the reorganization process. The United States Trustee has established sufficient cause pursuant to § 1112(b), and therefore, it is in the best interest of creditors and the estate that this case be dismissed.

WHEREFORE, the United States Trustee request this Court to enter an Order dismissing this case, and for such other and further relief that the Court may deem appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: December 17, 2019     NANCY J. GARGULA
                             United States Trustee

                             By: /s/ *Johanna P. Armengol*
                             Johanna P. Armengol, Trial Attorney
                             Office of the United States Trustee
                             51 S.W. First Avenue Suite 1204
                             Miami, FL 33130
                             Tel:  (305) 536-7285
                             Fax:  (305) 536-7360
                             johanna.armengol@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on December 17, 2019, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served on all parties in interest participating in the CM/ECF system:

- Rachel L Ahlum    ecfflsb@aldridgepite.com, RAhlum@ecf.courtdrive.com
- Angelo M Castaldi    acastaldi@gjb-law.com
- Jesse R Cloyd    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Connie J Delisser    cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
- Frederic J Dispigna    fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
- Michael S Hoffman    Mshoffman@hlalaw.com, hlaecf@gmail.com;kszolis@hlalaw.com;mshoffman@ecf.courtdrive.com
- Jennifer Laufgas    ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com
- Natalie Zindorf Lea    Natalie.Lea@bonialpc.com
- Wanda D Murray    ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com
- H Michael Solloa    mxs@trippscott.com, bankruptcy@trippscott.com

And by U.S. Mail on parties requiring manual service:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ *Johanna P. Armengol*
Johanna P. Armengol