UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ANTONIO CRUZ and  Case No.:  16-25467-AJC
HADA CRUZ  Chapter 11

     Reorganized Debtor.
_____/

## MOTION TO TEMPORARILY CLOSE BANKRUPTCY CASE
## PRIOR TO ENTRY OF DISCHARGE

Reorganized Debtor Antonio Cruz ("Debtor") files this renewed motion to temporarily close his bankruptcy case prior to entry of discharge and states as follows:

1. On August 1, 2019, Debtor filed his Chapter 11 Plan of Reorganization (D.E. #65) (the "Plan"). The Plan was confirmed by the Court on February 25, 2019 (D.E. #106) (the "Confirmation Order").

2. Pursuant to the Plan, allowed general unsecured claims will receive a total distribution of $30,000 over a term of 5 years commencing on the first day of the month following the effective date of the Plan.

3. Pursuant to 11 U.S.C. §1141(d)(5)(A) and the Confirmation Order, absent a separate order of Court, Debtor is not eligible to receive a discharge until all payments to general unsecured creditors are completed.

4. Pursuant to 11 U.S.C. §350(a) and the Confirmation Order, the Debtor is permitted to request that the Court close this bankruptcy proceeding prior to the entry of Debtor's discharge after the following events have occurred:

    a) Payment of the initial quarterly payment of Class 6 creditors;

    b) Payment of all outstanding United States trustee fees;

    c) Filing of all required post-confirmation operating reports; and

        d)       The filing of all outstanding federal income tax returns.

5.       The Debtor certifies that the above four events have occurred or will occur prior to any hearing on this motion.

6.       Debtor will serve this motion and the accompanying notice of hearing to all creditors and will file an appropriate certificate of service regarding same.

WHEREFORE, Debtor requests the Court enter an order closing this bankruptcy proceeding prior to the entry of the Debtor's discharge and granting such further relief as is deemed just and proper.

### Attorney's 2090-1(A) Certification

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted,

HOFFMAN, LARIN & AGNETTI., P.A.
909 North Miami Beach Blvd., Suite 201
North Miami Beach, FL 33162
Telephone:   (305) 653-5555
Facsimile:    (305) 940-0090
E-mail:       mshoffman@hlalaw.com

/s/ Michael S. Hoffman
Michael S. Hoffman
Florida Bar No.: 41164